**JUDGE CHIN**

Samuel J. Thomas, Esq. (ST9959)
BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200
Attorneys for Plaintiffs

08 CV 3320



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY (as successor by merger of AMERICAN PROTECTION INSURANCE COMPANY) and LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MTS INSURANCE SERVICES, LLC and AMWINS GROUP, INC. (as successor by merger of MTS INSURANCE SERVICES, LLC),<br><br>Defendants. | Civil Action No.<br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs American Motorists Insurance Company (as successor by merger of American Protection Insurance Company) and Lumbermens Mutual Casualty Company (private non-governmental parties) certifies that Plaintiffs: (a) are among several companies and corporations trading under the Kemper Insurance Companies service

mark; and (b) affiliated with Lumbermens Mutual Casualty Company – a mutual insurance company with a principal place of business in Long Grove, Illinois. Kemper Insurance Companies is not a separate corporation.

**BRESSLER, AMERY & ROSS, P.C.**
Attorneys for Plaintiffs

April 2, 2008
Date

By: Samuel J. Thomas, Esq. (ST9959)