AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: **SUMONS, COMPLAINT, CIVIL COVER SHEET, PLAINTIFFS RULE 7.1 STATEMENT, IND PRACTICES OF JUDGE DENNY CHIN AND OF MAGISTATE JUDGE HENRY PITMAN**
EFFECTED (1) BY ME: **OUT OF STATE**
TITLE: **PROCESS SERVER**    DATE: 4/10/08

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[✓] Served personally upon the defendant:
MTS INSURANCE SERVICES, LLC C/O CT CORP, R.A.   RaTasha Tillery-Smith Registered Agent

Place where served:
225 Hillsborough St. Raleigh, NC

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 25+   HEIGHT: 5'8"   WEIGHT: 160 lbs   SKIN: Black   HAIR: Black   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/25/2008   _Lindsey A. Older_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: SAMUEL J THOMAS, ESQ
PLAINTIFF: AMERICAN MOTORISTS INS CO,. ET AL
DEFENDANT: MTS INS SERVICES, LLC., ET AL
VENUE: DISTRICT OF NEW YORK
DOCKET: 08 CV 3320

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.