Case 1:08-cv-03320-DC    Document 5    Filed 05/05/2008    Page 1 of 1

2008040816531 6

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: SUMONS, COMPLAINT, CIVIL COVER SHEET, PLAINTIFFS RULE 7.1 STATEMENT, IND PRACTICES OF JUDGE DENNY CHIN AND OF MAGISTATE JUDGE HENRY PITMAN
EFFECTED (1) BY ME: OUT OF STATE
TITLE: PROCESS SERVER    DATE: 4/10/08

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
AMWINS, GROUP, INC C/O CT CORP SERVICES, R.A.    RaTasha Tillery-Smith Registered Agent

Place where served:
225 Hillsborough St. Raleigh, NC

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant:

Description of person accepting service:

SEX: F  AGE: 25+  HEIGHT: 5'8"  WEIGHT: 160 lbs  SKIN: Black  HAIR: Black  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___    SERVICES $ ____.___    TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/25/2008    _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: SAMUEL J THOMAS, ESQ
PLAINTIFF: AMERICAN MOTORISTS INS CO,. ET AL
DEFENDANT: MTS INS SERVICES, LLC., ET AL
VENUE: DISTRICT OF NEW YORK
DOCKET: 08 CV 3320

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.