```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AMERICAN MOTORISTS INSURANCE        :
COMPANY (as successor by merger of
AMERICAN PROTECTION INSURANCE       :
COMPANY) and LUMBERMENS MUTUAL
CASUALTY COMPANY,                   :

        Plaintiffs,         :   08 CV 3320 (DC)

    v.                                :   **STIPULATION AND ORDER**

MTS INSURANCE SERVICES, LLC and     :
AMWINS GROUP, INC. (as successor by
merger of MTS INSURANCE SERVICES,   :
LLC),
                                      :
        Defendants.
----------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties to this action, and pursuant to the direction of the Court, that:

(a)   This action is dismissed without prejudice and without costs to either party, to be reinstated, if necessary, within sixty (60) days after the arbitration proceedings are completed; and

(b)   the parties will submit to arbitration consistent with the terms of the contract between them as soon as practicable.

BRESSLER, AMERY & ROSS            LOEB & LOEB LLP
A Professional Corporation

By: _____       By: _____
Samuel J. Thomas (ST9959)             Helen Gavaris (HG1549)
325 Columbia Turnpike                 345 Park Avenue
Florham Park, New Jersey 07932        New York, New York 10154
(973) 514-1200                        (212) 407-4000

*Attorneys for Plaintiffs*         *Attorneys for Defendants*

SO ORDERED.

_____
USDJ
6/9/08

NYT23261.1
208330-10006