USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2008

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY (as successor by merger of AMERICAN PROTECTION INSURANCE COMPANY) and LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MTS INSURANCE SERVICES, LLC and AMWINS GROUP, INC. (as successor by merger of MTS INSURANCE SERVICES, LLC),<br><br>Defendants. | Civil Action No. 1:08-cv-3320<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the Motion of Samuel J. Thomas, attorney for Plaintiffs American Motorists Insurance Company (as successor by merger of American Protection Insurance Company) and Lumbermens Mutual Casualty Company, and said sponsor attorney's Affidavit in Support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Christopher J. Dos Santos
Firm Name: Bressler, Amery & Ross, P.C.
Address: 325 Columbia Turnpike
City/State/Zip: Florham Park, New Jersey 07932
Phone Number: (973) 514-1200
Fax Number: (973) 514-1660
E-mail Address: cdossantos@bressler.com

is admitted to practice pro hac vice as counsel for Plaintiffs American Motorists Insurance Company (as successor by merger of American Protection Insurance Company) and

Lumbermens Mutual Casualty Company in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 6/12/08
New York, New York

_____ Chin
United States District/Magistrate Judge